UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEK ORTHODOX ARCHDIOCESE
FOUNDATION, by and through GEORGE
KERITSIS, TRUSTEE, Individually, and on
and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
and SAMUEL L. MOLINARO, JR.,

Defendants.

Case No. 08-cv-3013-WHP

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS
(Pursuant to Federal Rules of Civil Procedure 7.1)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Greek Orthodox Archdiocese Foundation, by and through George Keritsis, Trustee, files this Certificate of Financially Interested Persons with the Court. The following persons and/or entities have a financial interest in this case:

1. Greek Orthodox Archdiocese Foundation, George Keritsis, Trustee;

2. James E. Cayne;

3. Alan D. Schwartz;

4. Samuel L. Molinaro, Jr.;

5. THE BEAR STERANS COMPANIES, INC. (NYSE: BSC)

6. All counsel of record;

7. There could be one or more insurance carriers interested; however such

information would presently be in the possession of the Defendants.

DATED: March 24, 2008.

Respectfully Submitted,

*/s/ William B. Federman*

William B. Federman
FEDEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
(405) 235-1560/Fax: (405) 239-2112
<u>WBF@federmanlaw.com</u>

*Attorneys for Plaintiff*

I:\Pending\BearStearns\CertFinIntParties.doc