UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR.,<br><br>Defendants. | Case No. 08-cv-3013-RWS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2008, I sent by Regular U.S. Mail with postage fully prepaid, a true and correct copy of the **Notice of Reassignment (Doc. 3)** filed with the Court on April 2, 2008, to:

Brad S. Karp
**PAUL WEISS RIFKIND WHARTON**
  **& GARRISON, LLP**
1285 Avenue of the Americas
New York, NY 10019-6064.
***Attorneys for Defendant***
***The Bear Stearns Companies, Inc.***


/s/ William B. Federman
William B. Federman, WF9124
**FEDEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560/Fax: (405) 239-2112
*WFederman@aol.com*
*Attorneys for Plaintiff*