

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR.,<br><br>Defendants. | 08 CV 03013 (RWS) |



## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Complaint in the above-captioned action (the "Action") was served on Defendant The Bear Stearns Companies Inc. ("Bear Stearns") on April 3, 2008, and Bear Stearns' Answer would have been due on April 23, 2008;

WHEREAS, there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the Complaint served in the Action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to these actions, as follows:

1. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the Complaint served in the Action until after the decision on plaintiff's Motion for Appointment as Lead Plaintiff and Lead Counsel, at which time the parties will confer on a schedule for responding to the Complaint.



IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in the Action. Defendants reserve all arguments and defenses in the Action.

Dated: April 30, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        Eric S. Goldstein (egoldstein@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3980

*Attorneys for Defendant The Bear Stearns Companies, Inc.*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
        Barry H. Berke (bberke@kramerlevin.com)
        David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

*Attorneys for Defendant James E. Cayne*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
   Jay Kasner (jay.kasner@skadden.com)
   Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.   (212) 735-3000
Fax   (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP


By: _____
   Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.   (212) 455-2000
Fax   (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*


FEDERMAN & SHERWOOD

By: _____
   William B. Federman

10205 North Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel.   (405)235-1560
Fax   (405)239-2112

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J
5-6-08

3

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


By:_____
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP


By:___*[signature]*_____
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell, Jr. (wrussell@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*



FEDERMAN & SHERWOOD

By:_____
    William B. Federman

10205 North Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel.  (405)235-1560
Fax  (405)239-2112

*Attorneys for Plaintiff*

SO ORDERED:

_____
    U.S.D.J

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
  Jay Kasner (jay.kasner@skadden.com)
  Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel. (212) 735-3000
Fax (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

SIMPSON THACHER & BARTLETT LLP

By:_____
  Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel. (212) 455-2000
Fax (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

FEDERMAN & SHERWOOD

By: /s/ William B. Federman
  William B. Federman (WF9124)

10205 North Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel. (405)235-1560
Fax (405)239-2112

*Attorneys for Plaintiff*

SO ORDERED:

_____
  U.S.D.J.