UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
GREEK ORTHODOX ARCHDIOCESE
FOUNDATION, by and through GEORGE  :  **ELECTRONICALLY FILED**
KERITSIS, TRUSTEE, Individually and On
Behalf of All Others Similarly Situated  :  08 CV 3013 (RWS)

                Plaintiff,  :

    - against -  :  **NOTICE OF APPEARANCE**

THE BEAR STEARNS COMPANIES, INC.,  :
et al.,
                        :
               Defendants.
----------------------------------x

      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:    New York, New York
           May 12, 2008

                                         /s/ Jay B. Kasner
                                    Jay B. Kasner
                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                    (Jay.Kasner@skadden.com)
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Defendant
                                      Alan D. Schwartz