UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On Behalf of All Others Similarly Situated : | **ELECTRONICALLY FILED** |
| : | 08 CV 3013 (RWS) |
| Plaintiff, : | |
| - against - : | **NOTICE OF APPEARANCE** |
| : | |
| THE BEAR STEARNS COMPANIES, INC., : et al., | |
| : | |
| Defendants. | |

------------------------------------x

Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                  /s/ Susan L. Saltzstein
                                        Susan L. Saltzstein
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        (Susan.Saltzstein@skadden.com)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Defendant
                                          Alan D. Schwartz