UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR.,<br><br>Defendants. | Case No. 08-cv-3013-RWS |

**MOVANT GREEK ORTHODOX ARCHIDOCESE FOUNDATION'S
MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Movant Greek Orthodox Archdiocese Foundation ("Movant" or "Greek Orthodox"), submits this Memorandum of Law in Support of its Motion seeking an Order from the Court: (1) appointing Movant Greek Orthodox Archdiocese Foundation as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act" or the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (the "PSLRA"); (2) approving Movant's selection of the law firm of Federman & Sherwood as Lead Counsel; and (3) granting such other relief as the Court may deem just and proper.

In support of this Motion, Movant submits herewith Movant Greek Orthodox Archidocese Foundation's Memorandum of Law in Support of Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

| | |
|---|---|
| Dated: May 19, 2008 | Respectfully submitted, |

   s/William B. Federman
William B. Federman  (WBF9124)
Attorneys for Movant
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Fax:  (405) 239-2112
wfederman@aol.com

-and-

2926 Maple Ave., Suite 200
Dallas, TX  75201

**CERTIFICATE OF SERVICE**

This is to certify that on May 19, 2008, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:  The following are those who are currently on the list to receive e-mail notices for this case:

David S. Frankel
Jeremy R. Saks
Stephen M. Sinaiko
**Kramer Levin Naftalis & Frankel**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9221
Telephone: (212) 715-7721
Telephone: (212) 715-9100
Facsimile: (212) 715-7702
Facsimile: (212) 715-8000
dfrankel@kramerlevin.com
jsaks@kramerlevin.com
ssinaiko@kramerlevin.com

Jay B. Kasner
**Skadden Arps Slate Meagher & Flom LLP**
Four Times Square (NYC)
New York, NY 10036
Telephone: (212) 735-3000
Telephone: (212) 735-4132
Facsimile: (212) 735-2000
Facsimile: (917) 777-4132
jkasner@skadden.com
ssaltzst@skadden.com

Manual Notice List
The following is the list of attorneys who are not on the list to receive email notices for this case (who therefore require manual noticing).

Darren J. Robbins
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Deigo, CA 92101
Telephone: (619) 231-7423

David Avi Rosenfeld
**Coughlin Stoia Geller Rudman & Robbins LLP(LIs)**
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: (631) 367-1173

Debbie R. Gross
**The Law Office of Bernard M. Gross, PC**
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
Telephone: (212) 561-3000

Joseph J. Tabacco, Jr. (JJT-1994)
Julie J. Bai
**Berman DeValerio Tabacco Burt & Pucillo**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200

Jeffrey C. Block (JCB-0387)
Patrick T. Egan
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

Thomas A. Dubbs (TD-9868)
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
**Labaton Sucharow, LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700

              ___s/William B. Federman_____
              William B. Federman