## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and on Behalf of All Others Similarly Situated, | : : : : | Case No. 08-cv-3013-RWS |
| Plaintiff, | : : | |
| vs. | : : | |
| THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR., | : : : | |
| Defendants. | : : | |

## DECLARATION OF WILLIAM B. FEDERMAN

I, William B. Federman, declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to the Bars of the State of Oklahoma and the United States District Court for the Southern District of New York.  I am a member of the law firm of Federman & Sherwood, counsel for the Greek Orthodox Archdiocese Foundation ("Movant").

2.      I submit this Declaration in support of the Greek Orthodox Archdiocese Foundation's motion for an order pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSRLA"), (a) appointing the Greek Orthodox Archdiocese Foundation as Lead Plaintiff in this action and in any related action; (b) approving Movant's selection of Federman & Sherwood as Lead Counsel; and (c) granting such other relief as the Court may deem just and proper.

3.      Attached hereto as Exhibit 1(A) is a true and correct copy of the PSLRA certification forms signed by the Greek Orthodox Archdiocese Foundation pursuant to §21D(a)(2)(A) of the Exchange Act.

4.      Attached hereto as Exhibit 1(B) is the Securities Exchange Act loss analysis for the Greek Orthodox Archdiocese Foundation.

5.      Attached hereto as Exhibit 1(C) is a copy of the notice disseminated by Federman & Sherwood over *MarketWire*, and the Notice by Couglin Stoia Geller Rudman & Robbins disseminated over *BusinessWire* informing class members of the pendency of the first filed securities class action and their right to file a motion for appointment as Lead Plaintiff.

6.      Attached hereto as Exhibit 1(D) is a copy of the firm resume of Federman & Sherwood.

I declare under penalty of perjury that the foregoing is true and correct, this 19th day of May, 2008.

Dated:    May 19, 2008

Respectfully submitted,

William B. Federman  (WBF9124)
Attorneys for Movant
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Fax:  (405) 239-2112
wfederman@aol.com

-and-

2926 Maple Ave., Suite 200
Dallas, TX  75201

2

## CERTIFICATE OF SERVICE

This is to certify that on May 19, 2008, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:   The following are those who are currently on the list to receive e-mail notices for this case:

David S. Frankel
Jeremy R. Saks
Stephen M. Sinaiko
**Kramer Levin Naftalis & Frankel**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9221
Telephone: (212) 715-7721
Telephone: (212) 715-9100
Facsimile: (212) 715-7702
Facsimile: (212) 715-8000
dfrankel@kramerlevin.com
jsaks@kramerlevin.com
ssinaiko@kramerlevin.com

Jay B. Kasner
**Skadden Arps Slate Meagher & Flom LLP**
Four Times Square (NYC)
New York, NY 10036
Telephone: (212) 735-3000
Telephone: (212) 735-4132
Facsimile: (212) 735-2000
Facsimile: (917) 777-4132
jkasner@skadden.com
ssaltzst@skadden.com

Manual Notice List
The following is the list of attorneys who are not on the list to receive email notices for this case (who therefore require manual noticing).

Darren J. Robbins
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Deigo, CA 92101
Telephone: (619) 231-7423

David Avi Rosenfeld
**Coughlin Stoia Geller Rudman & Robbins LLP(LIs)**
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: (631) 367-1173

Debbie R. Gross
**The Law Office of Bernard M. Gross, PC**
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
Telephone: (212) 561-3000

Joseph J. Tabacco, Jr. (JJT-1994)
Julie J. Bai
**Berman DeValerio Tabacco Burt & Pucillo**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200

Jeffrey C. Block (JCB-0387)
Patrick T. Egan
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

Thomas A. Dubbs (TD-9868)
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
**Labaton Sucharow, LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700

_____
William B. Federman

# EXHIBIT 1 A

Plaintiffs Certification of Investment of
The Bear Stearns Companies, Inc. [NYSE: BSC]

I, **George Keritsis**_____, hereby certify that the following is true and correct
to the best of my knowledge, information and belief:

1.      I have reviewed the Complaint in this action and authorize the filing of this
Certification.

2.      If chosen, I am willing to serve as a representative party on behalf of the class
(the "Class") as defined in the Complaint, including providing testimony at deposition and trial
(if necessary). I am willing to participate on an executive committee of shareholders.

3.      Plaintiff's transaction in The Bear Stearns Companies, Inc. [NYSE: BSC] security
that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | | | |
|---|---|---|---|---|---|
| 50,000 | 12 March 2008 | 64.67 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(continue on blank piece of paper, if necessary)

4.      I did not purchase these securities at the direction of my counsel, or in order to
participate in a lawsuit under the Securities Exchange Act of 1934.

5.      During the three-year period preceding the date of the Certification, I have not
sought to serve, nor have I served, as a representative to any party or on behalf of any class
in any action arising under the Securities Exchange Act of 1934.

6.      I will not accept any payment if chosen to serve as a representative party on
behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise
ordered and approved by the Court.

_____                    _____
        Signature                                    Address

**George Keritsis,**
**Greek Orthodox Archdiocese Foundation** Vaduz
_____                    _____
    Name    (please print)                            City

_____        State: _____ Zip: _____
    Telephone Number

_____                    _____
    Cell Number                                    E-Mail Address

        Signed under penalty of perjury, this__20__ day of __March_____, 2008.

Return to:
William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560/Fax (405) 239-2112
Email: wfederman@aol.com
Website: www.federmanlaw.com

# EXHIBIT 1 B

**EXCHANGE ACT LOSS ANALYSIS FOR**
**GREEK ORTHODOX ARCHDIOCESE FOUNDATION**

| Date | Transaction | No. of Shares | Price Per Share | Amount |
|---|---|---|---|---|
| | | | | |
| 3/12/08 | Buy | 50,000 | $64.67 | $3,233,500.00 |
| | | | | |
| **TOTAL** | | 50,000 | | $3,233,500.00 |
| | | | | |
| Value of shares retained at mean closing price for the period 3/17/08 -- 5/15/08 | | 50,000  **Loss** | $10.99 | $504,500.00  **$2,729,000.00** |

# EXHIBIT 1 C

Marketwire                                                                          Page 1 of 1

**SOURCE: Federman & Sherwood**

**Mar 25, 2008 18:49 ET**

## Federman & Sherwood Announces That It Has Filed the First Securities Class Action Lawsuit Against the Bear Stearns Companies, Inc. (NYSE: BSC), for the March 12, 2008 Through March 14, 2008 Class Period

OKLAHOMA CITY, OK--(Marketwire - March 25, 2008) - On March 25, 2008, Federman & Sherwood filed a securities class action lawsuit was filed in the United States District Court for the Southern District of New York against The Bear Stearns Companies, Inc. (NYSE: BSC) and certain officers and directors. The Complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, including allegations of issuing a series of material misrepresentations to the market which had the effect of artificially inflating the market price of the stock. The class period is from March 12, 2008 through March 14, 2008. This is a different class period than other lawsuits against Bear Stearns.

| Highlighted Links |
| --- |
| http://www.federmanlaw.com |

Plaintiff seeks to recover damages on behalf of the Class. If you are a member of the Class as described above, you may move the Court no later than Friday, May 16, 2008, to serve as a lead plaintiff for the Class. However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

If you wish to discuss this action, participate in this or any other lawsuit, or have any questions or concerns regarding this notice or preservation of your rights please contact:

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to: wbf@federmanlaw.com
www.federmanlaw.com

Privacy Statement | Terms of Service | Sitemap |© 2008 Marketwire, Incorporated. All rights reserved.
Your newswire of choice for expert news release distribution.
1-800-774-9473 (US)  |  1-888-299-0338 (Canada)  |  +44-20-7562-6550 (UK)

UK)

Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against the Bear S...    Page 1 of 2



**Sharing**

- Digg
- del.icio.us
- Newsvine
- Reddit
- Google
- Yahoo
- Permalink



March 17, 2008 03:12 PM Eastern Daylight Time

# Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against the Bear Stearns Companies Inc

NEW YORK—(BUSINESS WIRE)—Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/bearstearns/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of The Bear Stearns Companies Inc. ("Bear Stearns") (NYSE:BSC) common stock during the period between December 14, 2006 and March 14, 2008 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman and David Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/bearstearns/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Bear Stearns and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Bear Stearns, through its broker-dealer and international bank subsidiaries, provides investment banking, securities and derivatives trading, clearance, and brokerage services worldwide.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results. As a result of defendants' false statements, Bear Stearns stock traded at artificially inflated prices during the Class Period, reaching a high of $159.36 per share in April 2007. In late June 2007, news about Bear Stearns' risky hedge funds began to enter the market and its stock price began to fall. On March 10, 2008, information leaked into the market about Bear Stearns' liquidity problems, causing the stock to drop to as low as $60.26 per share before closing at $62.30 per share. On March 13, 2008, news that Bear Stearns was forced to seek emergency financing from the Federal Reserve and J.P. Morgan Chase hit the market and Bear Stearns stock fell to $30 per share. Then, on Sunday, March 16, 2008, it was announced that J.P. Morgan Chase was purchasing

🖨 Print

Bear Stearns for $2 per share. By midday on Monday, March 17, 2008, Bear Stearns stock had collapsed another 85% to $4.30 per share on volume of 75 million shares.

According to the complaint, the Company's Class Period statements were materially false due to defendants' failure to inform the market of the problems in the Company's hedge funds due to the deteriorating subprime mortgage market, which would cause Bear Stearns to have to rescue the funds, cause the Company and its officers possible criminal liability and hurt the Company's reputation.

Plaintiff seeks to recover damages on behalf of all purchasers of Bear Stearns common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

### Contacts

Coughlin Stoia Geller Rudman &
Robbins LLP
Samuel H. Rudman and David
Rosenfeld
800-449-4900
619-231-1058
djr@csgrr.com



# EXHIBIT 1 D

# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

2926 Maple Avenue
Suite 200
Dallas, Texas 75201
214·696·1100
Facsimile: 214·740·0112

10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
405·235·1560
Facsimile: 405·239·2112

## FIRM RESUME

**WILLIAM B. FEDERMAN.** Born New York, New York, January 31, 1958; Admitted to practice: 1982, Oklahoma and U.S. District Court for the Western District of Oklahoma; 1983, District of Columbia, U.S. District Court for the Northern District of Oklahoma and U.S. Court of Appeals, Tenth Circuit; 1988, New York, U.S. District Court for the Eastern and Western Districts of Arkansas; 1990, U.S. District Court for the Southern District of New York; 1995, Texas; 1996, U.S. District Court for the Eastern District of Oklahoma; 1998, U.S. District Court for the Southern District of Texas; 1999, U.S. District Court for the Northern District of Texas, U.S. Court of Appeals, Federal Circuit; 2002, U.S. District Court of Colorado, U.S. District Court for the Eastern District of Texas; 2003, U.S. Court of Appeals, Second and Fourth Circuits, U.S. District Court for the Eastern District of New York; 2004, U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court, U.S. District Court for the Western District of Texas; 2006, U. S. Court of Appeals, First and Eleventh Circuits; U.S. District Court for the Northern District of Ohio; 2007, U.S. Court of Appeals, Third Circuit. Education: Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982). Phi Alpha Delta (Treasurer, 1980-1982). Publications: Author/Lecturer: "Litigation and Employment Law Update," Seminar presented by the Securities Industry Association, Compliance and Legal Division; "Derivative Actions and Protecting the Corporation; Critical Issues in Today's Banking," Seminar presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; "Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?," Seminar presented by the Oklahoma Bar Association; "The Attorney and Accountant as Targets in Failed Financial Institution Litigation," American Bar Association - Trial Practice Committee Mid-Year Meeting; "Effective Arbitration in the 1990's, Adapting to Build a Successful Practice," Seminar presented by the Oklahoma County Bar Association; "Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives," American Bar Association, Litigation Section Annual Meeting; "Stockbroker Litigation and Arbitration," Securities Arbitration Institute. Author: "Who's Minding the Store: The Corporate Attorney-Client Privilege," 52 O.B.J. 1244, 1981; "Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings," 11 Sec. Reg. L.J. 135, 1983; "Capitalism and Reality Meet in the Courts. . .Finally," 59 O.B.J. 3537, 1987. Member: Arbitration Panel, New York Stock Exchange, 1985; Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; American Inns of Court (Barrister and Master, 1990-1993, 2002-2004); inducted into the Outstanding Lawyers of America, 2003.

FEDERMAN & SHERWOOD
Page 2

**JOHN CHARLES SHERWOOD.** Born December 18, 1958, Dallas, Texas. <u>Education</u>: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). <u>Areas of Practice</u>: Litigation. <u>Board Certified</u>: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. <u>Organizations</u>: Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee). <u>Licenses and Courts of Practices</u>: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court. <u>Papers Presented</u>: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section, 1996 and 1998.

**STUART W. EMMONS.** Born Stillwater, Oklahoma, August 9, 1961. <u>Education</u>: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). Admitted to practice: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit, U.S. Court of Appeals, Fourth Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court. <u>Member</u>: Oklahoma County and Oklahoma Bar Associations; 1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma.

**LINDA H. MCGUIRE.** Born Wichita, Kansas. <u>Education</u>: University of Oklahoma (B.A. with High Honors in Letters,1987) (Golden Key National Honor Society); University of Oklahoma College of Law (J.D. 1990) (Phi Delta Phi); <u>Member</u>: Oklahoma Criminal Uniform Jury Instruction Committee; Oklahoma Bar Association Bench and Bar Committee; Subcommittee of the Oklahoma Bar Association Bench and Bar Committee; Admitted to practice: 1990, Oklahoma, U.S. District Court for the Western District of Oklahoma; 2007, U.S. District Court for the Eastern District of Oklahoma, U.S. Court of Appeals for the Eighth Circuit; 1996-2006, Law Clerk to the Honorable Charles Johnson, Oklahoma Court of Criminal Appeals.

**ALLISON B. WATERS.** Born Lufkin, Texas. <u>Education</u>: Texas A & M University (B.S.1990) (Phi Delta Phi); South Texas College of Law (J.D. 1995) (Assistant Editor, South Texas Law Review, 1994-1995); <u>Publication</u>: *City Planners Must Bear the Burden of Rough Proportionality in Exactions and Land Use Regulation, Dolan v. City of Tigard*, 114 S. Ct. 2309 (1994), S. Tex. L. Rev. 267, 1996; Admitted to practice: 1996, Texas; 2001, U.S. District Court for the Southern District of Texas; 2006, Fifth Circuit Court of Appeals.

**JENNIFER F. SHERRILL.** Born Fort Smith, Arkansas. <u>Education</u>: Hendrix College (B.A. 1996); University of Arkansas, Plant Pathology (M.S. 1998); University of Tulsa, College of Law (J.D. 2002, Highest Honors) (Order of the Curule Chair and Outstanding Law Student Award). Admitted to practice: 2003, Oklahoma and U.S. District Court for the Northern

FEDERMAN & SHERWOOD
Page 3

District of Oklahoma; 2003, U.S. District Courts for the Northern, Eastern and Southern Districts of Texas. Member: Oklahoma Bar Association. Publication: *An Inter- and Intra-Species Variation in Colletotrichum and Mechanisms Which Affect Population Structure, In Collectotrichum: Host Specificity, Pathology, and Host-Pathogen Interaction.* Languages: German.

**SARA E. COLLIER.** Born Hampton, Virginia. Education: Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D. 2004). Admitted to practice: 2005, Oklahoma; 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas. Member: Oklahoma Bar Association, American Bar Association, American Trial Lawyers' Association. Languages: French.

**NICHOLAS G. FARHA.** Born Oklahoma City, Oklahoma, September 4, 1979. Education: University of Antwerpen, Antwerpen, Belgium, International Exchange Program (2001); University of Oklahoma (B.A., cum laude, 2002) (Dean's Honor Roll, National Society of Collegiate Scholars, Golden Key National Honor Society); University of Palermo, Buenos Aires, Argentina, International Summer Law Institute, 2004; Oklahoma City University School of Law (J.D. 2006) (Editor of Law Review, Merit Scholarship Recipient, Law Review Outstanding Service Award, Kerr-McGee Corporation Scholar; Dean's List, Phi Delta Phi International Legal Fraternity, Moot Court Competition). Admitted to Practice, 2006, Oklahoma, U.S. District Court for the Western District of Oklahoma; Languages: German.

**OF COUNSEL:**

**RODNEY J. HEGGY.** Born St. Louis, Illinois, August 26, 1955; Education: Southeastern Oklahoma State University (1977); University of Louisiana (M.S., 1978); University of Houston (J.D., 1981). Professional Affiliations: Arbitrator/Neutral: American Arbitration Association, NYSE, Inc., and NASD Dispute Resolution, Inc. Affiliations: State Bar of Texas, 1981, Oklahoma Bar Association, 1982. Courts: United States District Courts for the Western, 1982, Eastern, 1996, and Northern Districts of Oklahoma, 1987, Northern and Southern Districts of Texas, 2002, United States Courts of Appeals for the Eighth, 1994, and Tenth, 1984, Circuits. Member: International Association of Defense Counsel, Defense Research Institute, Oklahoma Association of Defense Counsel. Public Office: Banner Public Schools, Board of Education, I-31, 2000 - , President, 2002 – . Publications: *"The Trial Lawyers Purgatory; the Document Depository in Complex Litigation"* (BRS, 1990); *"Oklahoma Toxic Torts Law: Elements, Standards for Evaluating Proof, and Suggestions for Practitioners"* (NBI, 1992); *"Environmental Law for Business and Lenders: Litigation Prevention and Avoidance, Insurance Coverage and Standards for Evaluation of Proof"* (Oklahoma City University, 1992); *"Using, Drafting and Enforcing Arbitration Clauses"* (Oklahoma Bar Association, 1992); *Ethical Considerations In Insurance Coverage Claims, Insurance Coverage Law in Oklahoma* (NBI 1997); *Extra-Contractual Insurance Claims Liability-Bad Faith-Part II, Insurance Coverage Law in Oklahoma* (NBI 1997); *Employee Misconduct and Workplace Torts* (SES 2003); *Mandatory Arbitration of Employment Law Claims* (SES 2003).

FEDERMAN & SHERWOOD
Page 4

**ANN H. WASHBURN.** Born Arkansas City, Kansas, September 12, 1955. Ms. Washburn received a B.A. degree from the University of Texas (1984) and her J.D. from Southern Methodist University (1988). She is a member of the Texas and New Mexico Bar Associations; Dallas Trial Lawyers Association; 1990, U. S. District Court, Northern District Texas; 1991, U.S. District Court, Western District Texas; 1994, U.S. Court of Appeals, Fifth Circuit; 1998, U.S. Court of Appeals, Tenth Circuit and U. S. Supreme Court.

## PARALEGALS:

**NANCY G. BEATTY.** Ms. Beatty has over twenty (20) years of legal experience. She primarily works on coordinating and administrating of class action product liability and other complex litigation. Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**TERRY A. HULL.** Mr. Hull provides in-depth expertise in online research and data development. Mr. Hull had been the Managing Editor of a daily newspaper with circulation of over 26,000. He holds both a Bachelor of Arts and a Master of Arts degree.

**K. LYNN NUNN.** Ms. Nunn has worked in the legal field in Oklahoma City since 1983, following her work in the securities and insurance industry, where she held several licenses. Ms. Nunn primarily works on securities and class action litigation, as well as providing technology support for the firm.

**SHARON J. KING.** Ms. King has worked in the legal community for over five (5) years, after having worked in the securities and insurance industry for over ten (10) years. She primarily works on insurance bad faith, personal injury, wrongful death and civil litigation.

**FRAN V. SHOALS.** Ms. Shoals has worked in the legal community for over fifteen (15) years. Her primary focus is on securities and civil litigation.

**ELIZABETH C. DUNCAN.** Ms. Duncan has worked as a legal assistant for the past two and a half years, specializing in litigation and trial support. She holds an associates degree in paralegal studies and has worked on a variety of cases, from class action lawsuits to commercial contract disputes.

**ROBIN K. HESTER.** Ms. Hester has been a litigation legal assistant for over 20 years. For the past five years, Ms. Hester was a litigation case manager handling over 150 securities and civil litigation cases and managing 5 legal assistants. She primarily works in securities and civil litigation.

**BRENDA D. RADFORD.** Ms. Radford has been a litigation paralegal for approximately 14 years. She has worked on several high profile cases in Washington, DC, and was the sole paralegal in a wrongful death case which resulted in a $98 million dollar jury verdict. Ms. Radford has a wide range of litigation experience in the area of wrongful death, having worked the synthetic stucco cases against Toll Brothers in Virginia and a $240 million dollar fraudulent oil contracts case against Deutsche Bank.

FEDERMAN & SHERWOOD
Page 5

**A. BROOKE MURPHY.** Ms. Murphy graduated Summa Cum Laude from Oklahoma City University, where she received her Bachelor of Arts degree. She was awarded the Robert L. Jones Outstanding Senior Paper Award and the Women's Leadership Award from the School of Religion. Ms. Murphy served on various university organizations and was recognized in the National Dean's List and in Who's Who in American Colleges and Universities. Ms. Murphy works in litigation and trial support.

## SELECT CASES WHERE FEDERMAN & SHERWOOD
## HAVE SERVED OR ARE SERVING AS LEAD OR CO-LEAD COUNSEL

1. **DERIVATIVE**

| | **COURT** |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| Alloy, Inc. | USDC Southern District of New York |
| Americredit Corporation | USDC Northern District of Texas |
| AmeriVision Communications Inc. | District Court of Oklahoma County, Oklahoma |
| Astea International, Inc. | USDC Eastern District of Pennsylvania |
| Barnes & Noble, Inc. | USDC Southern District of New York |
| Carreker Corp. | USDC Northern District of Texas |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court - Delaware |
| Computer Associates | USDC Eastern District of New York |
| Diebold, Inc. | USDC Northern District of Ohio |
| Doral Financial Corporation | USDC Southern District of New York |
| First BanCorp. | USDC District of Puerto Rico |
| Host America Corporation | USDC District of Connecticut |
| Jones Soda Company | USDC Western District of Washington |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| Zix Corporation | USDC Northern District of Texas |

2. **SECURITIES**

| | |
|---|---|
| Bodisen Biotech, Inc. | USDC Southern District of New York |
| Commercial Consolidators Corp. | USDC Southern District of Florida |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| Motive, Inc. | USDC Western District of Texas |
| Nesco, Inc. | USDC Northern District of Oklahoma |
| NVE Corporation | USDC District of Minnesota |
| Par Pharmaceutical, Inc. | USDC District of New Jersey |
| SAC Capital Mgmt./Biovail Corporation | USDC District of New Jersey |
| Secure Computing Corporation | USDC Northern District of California |
| St. Jude Medical, Inc. | USDC District of Minnesota |
| Superconductor Technologies, Inc. | USDC Central District of California |
| Thoratec Corporation | USDC Northern District of California |
| Trico Marine Services, Inc. | USDC Eastern District of Louisiana |
| Unistar Financial Service Corp. | USDC Northern District of Texas |

3. **MDL PROCEEDINGS**

| | |
|---|---|
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma (MDL) |

4. **ERISA**

| | |
|---|---|
| Winn-Dixie Stores | USDC Middle District of Florida |