UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                Defendants. | No. 08-cv-3013 (RWS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants The Bear Stearns Companies Inc.

Dated: May 22, 2008
New York, New York

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                        By:   /s/ Eric S. Goldstein
                                                 Eric S. Goldstein

                                        1285 Avenue of the Americas
                                        New York, New York  10019-6064
                                        Tel:    (212) 373-3000
                                        Fax:   (212) 757-3990
                                        Email:  egoldstein@paulweiss.com

                                        *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 22, 2008, I served true copies of the attached: NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

> Michael Chepiga
> William T. Russell
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017

> Lawrence B. Pedowitz
> David B. Anders
> WACHTELL, LIPTON, ROSEN & KATZ
> 51 West 52nd Street
> New York, NY 10019

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

Leana Loncarevic
Licence No.: 1262377

Sworn to before me this
22nd day of May, 2008

Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008