UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>      Defendants. | No. 08-cv-3013 (RWS) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE BEAR STEARNS COMPANIES INC.**

  Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that The Bear Stearns Companies Inc. is a publicly traded corporation.  JPMorgan Chase & Co. and Wilmington Trust Corporation are the only publicly held corporations that own 10% or more of the stock of The Bear Stearns Companies Inc.

Dated: May 22, 2008
New York, New York

              PAUL, WEISS, RIFKIND, WHARTON &
              GARRISON LLP


              By: /s/ Brad S. Karp
                 Brad S. Karp


              1285 Avenue of the Americas
              New York, New York  10019-6064
              Tel: (212) 373-3000
              Fax: (212) 757-3990
              Email:  bkarp@paulweiss.com

              *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 22, 2008, I served true copies of the attached: NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

Michael Chepiga
William T. Russell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Lawrence B. Pedowitz
David B. Anders
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Leana Loncarevic
Licence No.: 1262377

Sworn to before me this
22nd day of May, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008