UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

EASTSIDE HOLDINGS, INC., Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

        - against -

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C. GREENBERG,

                    Defendants.

----------------------------------------X

RAZILL C. BECHER, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

        - against -

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C. GREENBERG,

                    Defendants.

----------------------------------------X

GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by
and through GEORGE KERITSIS, TRUSTEE,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiff,

        - against -

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, and SAMUEL L.
MOLINARO, JR.,

                    Defendants.

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

08 Civ. 2793 (RWS)

O R D E R

08 Civ. 2866 (RWS)

O R D E R

08 Civ. 3013 (RWS)

O R D E R

```
------------------------------------------------X
```

SAMUEL T. COHEN and JEROME BIRN,
On Behalf of Themselves and All Others
Similarly Situated and Derivatively on
Behalf of THE BEAR STEARNS COMPANIES, INC.,

                    Plaintiffs,

                                              07 Civ. 10453 (RWS)
         - against -
                                              O R D E R

JAMES E. CAYNE, SAMUEL L. MOLINARO,
JEFFREY M. FARBER, JEFFREY MAYER,
MICHAEL MINIKES, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, HENRY BIENEN, CARL
D. GLICKMAN, MICHAEL GOLDSTEIN, ALAN C.
GREENBERG, DONALD J. HARRINGTON, FRANK T.
NICKELL, PAUL A. NOVELLY, FREDERIC V.
SALERNO, VINCENT TESE,
WESLEY WILLIAMS, JR.,

                    Defendants.
```
------------------------------------------------X
```

JEROME BIRN, Derivatively on Behalf of
THE BEAR STEARNS COMPANIES, INC.,

                    Plaintiffs,

                                              08 Civ. 00855 (RWS)
         - against -
                                              O R D E R

JAMES E. CAYNE, WARREN J. SPECTOR,
ALAN C. GREENBERG, ALAN D. SCHWARTZ,
MICHAEL MINIKES, SAMUEL L. MOLINARO, JR.,
CAROL D. GLICKMAN, DONALD J. HARRINGTON,
FREDERIC V. SALERNO, FRANK T.NICKELL,
VINCENT TESE, PAUL A. NOVELLY,
HENRY S. BIENEN, WESLEY WILLIAMS, JR.,
and MICHAEL GOLDSTEIN,

                    Defendants.
```
------------------------------------------------X
```

**Sweet, D.J.,**


          The Motion of Commonwealth of Massachusetts Pension

Reserves Investment Trust Fund for Consolidation, Appointment of

Lead Plaintiff, and Approval of its Selection of Lead Counsel,

dated May 16, 2008, will be heard on submission, without oral

argument, on June 11, 2008.  All motion papers shall be served in accordance with Local Civil Rule 6.1.


It is so ordered.


New York, NY
May 28 , 2008

_____
ROBERT W. SWEET
U.S.D.J.