UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>      Defendants. | No. 08-cv-3013 (RWS) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE BEAR STEARNS COMPANIES INC.**

    Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held corporation with no corporate parent. No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

            PAUL, WEISS, RIFKIND, WHARTON &
            GARRISON LLP

            By: /s/ Brad S. Karp
               Brad S. Karp

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel: (212) 373-3000
            Fax: (212) 757-3990
            Email: bkarp@paulweiss.com

            *Attorneys for The Bear Stearns Companies Inc.*