```
                                              x
RAZILL C. BECHER, Individually and on         :
Behalf of All Others Similarly Situated,      :    Electronically Filed
                                              :
                                              :
                            Plaintiff,        :
                                              :
                  v.                          :    Civil Action No.: 1:08-CV-02866 (RWS)
                                              :    (ECF Case)
THE BEAR STEARNS COMPANIES INC.,              :
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :    Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                  :
MOLINARO, JR. and ALAN C.                     :
GREENBERG,                                    :
                                              :
                                              :
                           Defendants.        :
                                              x
GREEK ORTHODOX ARCHDIOCESE                    :
FOUNDATION, by and through GEORGE             :
KERITSIS, TRUSTEE, Individually and On        :    Electronically Filed
Behalf of All Others Similarly Situated,      :
                                              :
                                              :
                            Plaintiff,        :    Civil Action No. 1:08-CV-03013 (RWS)
                  v.                          :    (ECF Case)
                                              :
THE BEAR STEARNS COMPANIES INC.,              :    Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :
WARREN J. SPECTOR, and SAMUEL L.              :
MOLINARO, JR.,                                :
                                              :
                           Defendants.        :
                                              x
```

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Jeffrey C. Block, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of:

> Abigail R. Romeo
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, Massachusetts 02109
> (T) 617-542-8300
> (F) 617-542-1194

Abigail R. Romeo, is a member in good standing of the Bar of the State of Massachusetts.  There

are no pending disciplinary proceedings against Abigail R. Romeo in any State or Federal Court.

Dated:  July 1, 2008                              Respectfully Submitted,

                                                 **BERMAN DEVALERIO PEASE TABACCO**
                                                 **BURT & PUCILLO, LLP**


                                 By:     _____
                                         Jeffrey C. Block, Esq. (JCB 0387)
                                         Patrick T. Egan, Esq.
                                         Abigail R. Romeo, Esq.
                                         One Liberty Square, 8th Floor
                                         Boston, Massachusetts 02109
                                         Telephone: (617) 542-8300
                                         Facsimile: (617) 542-1194

                                         *Attorneys for the State of Michigan*
                                         *Retirement Systems*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the                    **tenth**

day of          **December**          A.D.   **2003**   , said Court being the highest Court of Record in said Commonwealth:

## Abigail R. Romeo

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **June**

in the year of our Lord **two thousand and eight.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ———————————————— | X | |
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : | |
| v. | : : | Civil Action No.: 1:08-cv-02793 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | : : : : : | Hon. Robert W. Sweet |
| Defendants. | : | |
| ———————————————— | X | |

*(Additional Captions on the Following Page)*

**AFFIDAVIT OF JEFFREY C. BLOCK**
**IN SUPPORT OF MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

```
                                                    x
RAZILL C. BECHER, Individually and on Behalf:
of All Others Similarly Situated,                   :   Electronically Filed
                                                    :
                                                    :
                            Plaintiff,              :
                v.                                  :   Civil Action No.: 1:08-CV-02866 (RWS)
                                                    :   (ECF Case)
THE BEAR STEARNS COMPANIES INC.,                    :
JAMES E. CAYNE, ALAN D. SCHWARTZ,                   :   Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                        :
MOLINARO, JR. and ALAN C. GREENBERG,                :
                                                    :
                            Defendants.             :
                                                    x
GREEK ORTHODOX ARCHDIOCESE                          :
FOUNDATION, by and through GEORGE                   :
KERITSIS, TRUSTEE, Individually and On              :
Behalf of All Others Similarly Situated,            :   Electronically Filed
                                                    :
                                                    :
                            Plaintiff,              :   Civil Action No. 1:08-CV-03013 (RWS)
                v.                                  :   (ECF Case)
                                                    :
THE BEAR STEARNS COMPANIES INC.,                    :   Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,                   :
WARREN J. SPECTOR, and SAMUEL L.                    :
MOLINARO, JR.,                                      :
                                                    :
                            Defendants.             :
                                                    x
```

Jeffrey C. Block, being duly sworn, hereby deposes and says as follows:

1.      I am counsel for Plaintiff in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Abigail R. Romeo as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Abigail R. Romeo since June of 2005.

4.      Abigail R. Romeo is an associate at Berman DeValerio Pease Tabacco Burt & Pucillo.

5.    I have found Abigail R. Romeo to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Abigail R. Romeo, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Abigail R. Romeo, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Abigail R. Romeo, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 1, 2008                                    Respectfully Submitted,

                                              By:_____
                                                 Jeffrey C. Block, Esq. (JCB 0387)
                                                 Patrick T. Egan, Esq.
                                                 Abigail R. Romeo, Esq.
                                                 One Liberty Square
                                                 Boston, Massachusetts 02109
                                                 Telephone: (617) 542-8300
                                                 Facsimile:  (617) 542-1194


                                                 *Attorneys for the State of Michigan
                                                 Retirement Systems*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ———————————————————— | x | |
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 1:08-cv-02793 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | : : : : : | Hon. Robert W. Sweet |
| Defendants. | : | |
| ———————————————————— | x | |

*(Additional Captions on the Following Page)*

**ORDER FOR ADMISSION**
**PRO HAC VICE ON WRITTEN MOTION**

```
                                                    X
RAZILL C. BECHER, Individually and on Behalf :
of All Others Similarly Situated,                   :   Electronically Filed
                                                    :
                                                    :
                    Plaintiff,                      :
            v.                                      :   Civil Action No.: 1:08-CV-02866 (RWS)
                                                    :   (ECF Case)
THE BEAR STEARNS COMPANIES INC.,                    :
JAMES E. CAYNE, ALAN D. SCHWARTZ,                   :    Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                        :
MOLINARO, JR. and ALAN C. GREENBERG,                :
                                                    :
                                                    :
                    Defendants.                     :
                                                    X
GREEK ORTHODOX ARCHDIOCESE                          :
FOUNDATION, by and through GEORGE                   :
KERITSIS, TRUSTEE, Individually and On              :   Electronically Filed
Behalf of All Others Similarly Situated,            :
                                                    :
                                                    :
                    Plaintiff,                      :   Civil Action No. 1:08-CV-03013 (RWS)
            v.                                       :   (ECF Case)
                                                    :
THE BEAR STEARNS COMPANIES INC.,                    :    Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,                   :
WARREN J. SPECTOR, and SAMUEL L.                    :
MOLINARO, JR.,                                      :
                                                    :
                                                    :
                    Defendants.                     :
                                                    X
```

Upon the motion of Jeffrey C. Block, attorney for Plaintiffs in the above captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Abigail R. Romeo
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, Massachusetts 02109
> (T) 617-542-8300
> (F) 617-542-1194
> rromeo@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

 

 

                                            _____

                                            United States District/Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

EASTSIDE HOLDINGS INC., Individually and :
on Behalf of All Others Similarly Situated,    :    Electronically Filed
                                               :
                               Plaintiff,      :
                                               :
                v.                             :    Civil Action No.: 1:08-cv-02793 (RWS)
                                               :    (ECF Case)
THE BEAR STEARNS COMPANIES INC.,               :
JAMES E. CAYNE, ALAN D. SCHWARTZ,              :     Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                   :
MOLINARO, JR. and ALAN C.                      :
GREENBERG,                                     :
                                               :
                               Defendants.     :

———————————————————————— x

*(Additional Captions on the Following Page)*

**MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— x

EASTSIDE HOLDINGS INC., Individually and :
on Behalf of All Others Similarly Situated,

                                          :   Electronically Filed

                                    :

                    Plaintiff,    :

         v.                          :   Civil Action No.: 1:08-cv-02793 (RWS)

                                    :   (ECF Case)

THE BEAR STEARNS COMPANIES INC.,    :
JAMES E. CAYNE, ALAN D. SCHWARTZ,   :   Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.         :
MOLINARO, JR. and ALAN C.             :
GREENBERG,                        :

                                    :

                  Defendants.    :

————————————————————————— x

*(Additional Captions on the Following Page)*


**<u>CERTIFICATE OF SERVICE</u>**

```
—————————————————————————— x
RAZILL C. BECHER, Individually and on     :
Behalf of All Others Similarly Situated,  :   Electronically Filed
                                          :
                     Plaintiff,           :
                                          :
              v.                          :   Civil Action No.: 1:08-CV-02866 (RWS)
                                          :   (ECF Case)
THE BEAR STEARNS COMPANIES INC.,          :
JAMES E. CAYNE, ALAN D. SCHWARTZ,         :   Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.              :
MOLINARO, JR. and ALAN C.                 :
GREENBERG,                                :
                                          :
                     Defendants.          :
—————————————————————————— x
GREEK ORTHODOX ARCHDIOCESE                :
FOUNDATION, by and through GEORGE         :
KERITSIS, TRUSTEE, Individually and On    :   Electronically Filed
Behalf of All Others Similarly Situated,  :
                                          :
                     Plaintiff,           :   Civil Action No. 1:08-CV-03013 (RWS)
              v.                          :   (ECF Case)
                                          :
THE BEAR STEARNS COMPANIES INC.,          :   Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,         :
WARREN J. SPECTOR, and SAMUEL L.          :
MOLINARO, JR.,                            :
                                          :
                     Defendants.          :
—————————————————————————— x
```

I, Elizabeth D'Entremont, hereby certify that on July 3, 2008, a true copy of the

foregoing documents were served by mail or e-mail upon the attorney of record for each

other party.

1)    Motion to Admit Counsel Pro Hac Vice (Abigail R. Romeo); and

2)    Declaration of Jeffrey C. Block

Dated: July 3, 2008                    Elizabeth D'Entremont