## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

EASTSIDE HOLDINGS INC., Individually and
on Behalf of All Others Similarly Situated,

                               Plaintiff,

           v.

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR. and ALAN C.
GREENBERG,

                         Defendants.

———————————————————————— x

Electronically Filed

Civil Action No.: 1:08-cv-02793 (RWS)
(ECF Case)

Hon. Robert W. Sweet

*(Additional Captions on the Following Page)*

## MOTION TO ADMIT
## COUNSEL PRO HAC VICE

```
——————————————————————— x
RAZILL C. BECHER, Individually and on      :
Behalf of All Others Similarly Situated,   :   Electronically Filed
                                           :
                                           :
                           Plaintiff,      :
                                           :
          v.                               :   Civil Action No.: 1:08-CV-02866 (RWS)
                                           :   (ECF Case)
THE BEAR STEARNS COMPANIES INC.,           :
JAMES E. CAYNE, ALAN D. SCHWARTZ,          :    Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.               :
MOLINARO, JR. and ALAN C.                  :
GREENBERG,                                 :
                                           :
                           Defendants.     :
——————————————————————— x
GREEK ORTHODOX ARCHDIOCESE                 :
FOUNDATION, by and through GEORGE          :
KERITSIS, TRUSTEE, Individually and On     :
Behalf of All Others Similarly Situated,   :   Electronically Filed
                                           :
                                           :
                           Plaintiff,      :   Civil Action No. 1:08-CV-03013 (RWS)
          v.                               :   (ECF Case)
                                           :
THE BEAR STEARNS COMPANIES INC.,           :    Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,          :
WARREN J. SPECTOR, and SAMUEL L.           :
MOLINARO, JR.,                             :
                                           :
                           Defendants.     :
——————————————————————— x
```

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Jeffrey C. Block, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of:

       Patrick T. Egan
       Berman DeValerio Pease Tabacco Burt & Pucillo
       One Liberty Square, 8th Floor
       Boston, Massachusetts 02109
       (T) 617-542-8300
       (F) 617-542-1194

Patrick T. Egan, is a member in good standing of the Bar of the States of Massachusetts, New

York and Connecticut.  There are no pending disciplinary proceedings against Patrick T. Egan in

any State or Federal Court.


Dated:  July 1, 2008                          Respectfully Submitted,

                                              **BERMAN DEVALERIO PEASE TABACCO
                                              BURT & PUCILLO, LLP**


                              By:    _____
                                     Jeffrey C. Block, Esq. (JCB 0387)
                                     Patrick T. Egan, Esq.
                                     Abigail R. Romeo, Esq.
                                     One Liberty Square, 8th Floor
                                     Boston, Massachusetts 02109
                                     Telephone: (617) 542-8300
                                     Facsimile: (617) 542-1194

                                     *Attorneys for the State of Michigan
                                     Retirement Systems*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

## Patrick T. Egan

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **June** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# State of Connecticut
## Supreme Court

*I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify that, in the Superior Court at* **Hartford** .

*on the* **third** *, day of* **August** .

**1998** .

### Patrick Thomas Egan

*of*

### Reading, Massachusetts

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* **eighteenth** *day of* **June** *, 20* **08** .

Michéle T. Angers

*Chief Clerk*





# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Patrick Thomas Egan

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of June, 1999**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **18th day of June, 2008**.



Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
EASTSIDE HOLDINGS INC., Individually and :
on Behalf of All Others Similarly Situated,     :     Electronically Filed
                                                 :
                             Plaintiff,     :
                                                      :
               v.     :     Civil Action No.: 1:08-cv-02793 (RWS)
                                                    :     (ECF Case)
THE BEAR STEARNS COMPANIES INC.,     :
JAMES E. CAYNE, ALAN D. SCHWARTZ,     :     Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.     :
MOLINARO, JR. and ALAN C.     :
GREENBERG,     :
                                                    :
                                   Defendants.     :
———————————————————————— x
*(Additional Captions on the Following Page)*

**<u>CERTIFICATE OF SERVICE</u>**

```
——————————————————————— x
RAZILL C. BECHER, Individually and on       :
Behalf of All Others Similarly Situated,    :    Electronically Filed
                                            :
                                            :
                        Plaintiff,          :
              v.                            :    Civil Action No.: 1:08-CV-02866 (RWS)
                                            :    (ECF Case)
THE BEAR STEARNS COMPANIES INC.,            :
JAMES E. CAYNE, ALAN D. SCHWARTZ,           :     Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                :
MOLINARO, JR. and ALAN C.                   :
GREENBERG,                                  :
                                            :
                        Defendants.         :
——————————————————————— x
GREEK ORTHODOX ARCHDIOCESE                  :
FOUNDATION, by and through GEORGE           :
KERITSIS, TRUSTEE, Individually and On      :    Electronically Filed
Behalf of All Others Similarly Situated,    :
                                            :
                        Plaintiff,          :    Civil Action No. 1:08-CV-03013 (RWS)
              v.                            :    (ECF Case)
                                            :
THE BEAR STEARNS COMPANIES INC.,            :    Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,           :
WARREN J. SPECTOR, and SAMUEL L.            :
MOLINARO, JR.,                              :
                                            :
                        Defendants.         :
——————————————————————— x
```

I, Elizabeth D'Entremont, hereby certify that on July 3, 2008, a true copy of the

foregoing documents were served by mail or e-mail upon the attorney of record for each

other party.

   1)    Motion to Admit Counsel Pro Hac Vice (Patrick T. Egan); and

   2)    Declaration of Jeffrey C. Block

Dated: July 3, 2008                         Elizabeth D'Entremont

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ———————————————————— x | |
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | : Electronically Filed |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:08-cv-02793 (RWS) |
| | : (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., | : |
| JAMES E. CAYNE, ALAN D. SCHWARTZ, | :   Hon. Robert W. Sweet |
| WARREN J. SPECTOR, SAMUEL L. | : |
| MOLINARO, JR. and ALAN C. GREENBERG, | : |
| | : |
| Defendants. | : |
| ———————————————————— x | |

*(Additional Captions on the Following Page)*

## AFFIDAVIT OF JEFFREY C. BLOCK
## IN SUPPORT OF MOTION TO ADMIT
## COUNSEL PRO HAC VICE

---
                                                      x

RAZILL C. BECHER, Individually and on Behalf :
of All Others Similarly Situated,                                       :    Electronically Filed
                                                     :

                             Plaintiff,         :

                 v.                                                :    Civil Action No.: 1:08-CV-02866 (RWS)
                                                     :    (ECF Case)

THE BEAR STEARNS COMPANIES INC.,                     :
JAMES E. CAYNE, ALAN D. SCHWARTZ,                     :    Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                               :
MOLINARO, JR. and ALAN C. GREENBERG,        :
                                                     :

                             Defendants.   :
---
                                                         x

GREEK ORTHODOX ARCHDIOCESE                             :
FOUNDATION, by and through GEORGE                       :
KERITSIS, TRUSTEE, Individually and On               :    Electronically Filed
Behalf of All Others Similarly Situated,                       :
                                                     :

                             Plaintiff,         :    Civil Action No. 1:08-CV-03013 (RWS)
                 v.                                                :    (ECF Case)

THE BEAR STEARNS COMPANIES INC.,                     :    Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,                     :
WARREN J. SPECTOR, and SAMUEL L.                        :
MOLINARO, JR.,                                                          :
                                                     :

                             Defendants.   :
---
                                                         x

Jeffrey C. Block, being duly sworn, hereby deposes and says as follows:

1.     I am counsel for Plaintiff in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Patrick T. Egan as counsel pro hac vice to represent Plaintiffs in this matter.

2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Patrick T. Egan since August of 1999.

4.     Patrick T. Egan is a partner at Berman DeValerio Pease Tabacco Burt & Pucillo.

5.      I have found Patrick T. Egan to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Patrick T. Egan, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Patrick T. Egan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Patrick T. Egan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 1, 2008

Respectfully Submitted,

By:

Jeffrey C. Block, Esq. (JCB 0387)
Patrick T. Egan, Esq.
Kristen D. Tremble, Esq.
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile:  (617) 542-1194

*Attorneys for the State of Michigan
Retirement Systems*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ———————————————— | x | |
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | : | Electronically Filed |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:08-cv-02793 (RWS) |
| | : | (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., | : | |
| JAMES E. CAYNE, ALAN D. SCHWARTZ, | : | Hon. Robert W. Sweet |
| WARREN J. SPECTOR, SAMUEL L. | : | |
| MOLINARO, JR. and ALAN C. GREENBERG, | : | |
| | : | |
| Defendants. | : | |
| ———————————————— | x | |

*(Additional Captions on the Following Page)*

ORDER FOR ADMISSION
<u>PRO HAC VICE ON WRITTEN MOTION</u>

```
_____ x
RAZILL C. BECHER, Individually and on Behalf :
of All Others Similarly Situated,             :  Electronically Filed
                                              :
                          Plaintiff,          :
            v.                                :  Civil Action No.: 1:08-CV-02866 (RWS)
                                              :  (ECF Case)
THE BEAR STEARNS COMPANIES INC.,              :
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :  Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                  :
MOLINARO, JR. and ALAN C. GREENBERG,          :
                                              :
                          Defendants.         :
_____ x
GREEK ORTHODOX ARCHDIOCESE                    :
FOUNDATION, by and through GEORGE             :
KERITSIS, TRUSTEE, Individually and On        :  Electronically Filed
Behalf of All Others Similarly Situated,      :
                                              :
                          Plaintiff,          :  Civil Action No. 1:08-CV-03013 (RWS)
            v.                                :  (ECF Case)
                                              :
THE BEAR STEARNS COMPANIES INC.,              :  Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :
WARREN J. SPECTOR, and SAMUEL L.              :
MOLINARO, JR.,                                :
                                              :
                          Defendants.         :
_____ x
```

Upon the motion of Jeffrey C. Block, attorney for Plaintiffs in the above captioned case and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Patrick T. Egan
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, Massachusetts 02109
> (T) 617-542-8300
> (F) 617-542-1194
> pegan@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____
United States District/Magistrate Judge